UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL Rodrigez **14 CV 10269**
PAUL Greenwald

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Gov. Andrew Coume t Al
MS Procter Staff Kirby
Head Kirby Psychiatric Hos et Al
Cyrus Vance Sr. DA NY.C NY et Al
William Bratton PC NYPD et Al

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

DEC 15 2014

PRO SE OFFICE

**I.   Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Angel Rodriguez
ID # B+C   344-14-13306
Current Institution   Kirby Psychiatric Hosp.
Address   Wardis Hospital Complex
N.Y., N.Y. 10035-6095

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   Ms Procter Staff   Shield #   NA
Where Currently Employed   Kirby Psychiatric Hosp
Address   WARDS ISLAND Complex
N.Y., N.Y. 10035-6095

*Rev. 05/2010*

Defendant No. 2    Name **Gov. Andrew Cuomo** Shield # **N/A**
Where Currently Employed **State Capital Albany, NY**
Address **Gov. Mansion Albany, N.Y.**

Defendant No. 3    Name **CY Vance JR DA** Shield # _____
Where Currently Employed **Manhattan DA's etc.**
Address **100 Centre St N.Y. N.Y. 10007**

Defendant No. 4    Name **Bill Bratton PCANYPD** Shield # **1**
Where Currently Employed **1 Police Plaza**
Address **N.Y.C., N.Y.**

Defendant No. 5    Name **Doe's 1-99** Shield # _____
Where Currently Employed **NYPD NYFD, 14 PCT**
Address **Belleuue Hosp, ELmhurst Hosp Kirby 6 E**

## II.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

**See #5 supra**

B.    Where in the institution did the events giving rise to your claim(s) occur?

**Various places**

C.    What date and approximate time did the events giving rise to your claim(s) occur?

**Sept 23, 2014 to date 12/06/2014**
**SAT 1:05 PM**

D.    Facts:    I was falsely arrested +
imprisoned 1st + 28th park.
in city park while defending
myself from an individual taller
And heavier than myself who was
Assaulting me and threatning to
battery me with his fists.
His name was also Rodriguez
(no relation to me).
Various witnesses

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

NIED + IIED, cs mod & cuffed
me which hurt his wrists

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✗   No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

**NYPD 14 PCT, TOMBS, Bellvue Kirby various DOCNY Facilities**

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes **X**    No _____    Do Not Know _____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No _____    Do Not Know **X**

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No **X**

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No **X**

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.  Which claim(s) in this complaint did you grieve? _____

_____

2.  What was the result, if any? _____

_____

3.  What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

_____
_____
_____
_____

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: _____

**Nothing comes of filing grievances a waste of pen + paper**

2.  If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

<u>Note</u>:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.   Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

$250,000 for false incarceration,
$50,000 for NEID + IIED, $15,000
pain + suffering, lost property + clothes
TB proved up at trial, defamation
+ punitive damages to do for texture
wrongful conduct TB proved up at
trial

**VI.   Previous lawsuits:**

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✗

On these claims

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?  Yes _____  No _____
If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in   your   favor?   Was   the   case   appealed?) _____
_____
_____

On other claims

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _____  No __✗__

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?  Yes _____  No _____
If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor? Was the case appealed?) _____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6th__ day of __December__ 20__14st__

Signature of Plaintiff _Angel Rodriguez pre_

Inmate Number _349-14-13306_

Institution Address _Kirby Psychiatric Hosp._
_Wurd Island Crupsby_
_N.Y, N.Y. 100 35-6095_

**Note:**  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __5th__ day of __December__, 20__14__ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Angel Rodriguez per_